02-11-070-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00070-CV

 

 


 
 
 In re Robbie Loftin
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

Relator’s
petition for a writ of mandamus concerned only his request for a judgment nunc
pro tunc related to his felony driving while intoxicated conviction.  See
Tex. Penal Code Ann. § 49.04(a) (Vernon 2003), § 49.09(b)(2)
(Vernon Supp. 2010).  Specifically,
relator requested that the trial court’s judgment be corrected
to show that he was convicted of a third-degree felony with punishment
enhancements rather than a first-degree felony. 
After we requested a response to the petition, the trial court entered a
judgment nunc pro tunc that classifies appellant’s conviction as a third-degree
felony.  Accordingly, relator’s petition
for writ of mandamus is denied as moot.

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, C.J.; MCCOY and GABRIEL, JJ. 

 

DELIVERED: 
March 8, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).